STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MARGIE SMITH, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Susan T. Sinins* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

February 25, 1969. Denied.

ROBERT H. DAVIS, t/a DAVIS LOCKSMITH AND LAWN-MOWER COMPANY, PLAINTIFF-PETITIONER, v. GEORGE MADDEN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Norman J. Currie* and *Mr. Ralph S. Heuser* for the petitioner.

*Messrs. Wise, Wise & Wichman* for the respondents.

February 25, 1969. Denied.

CITY OF BAYONNE, DEFENDANT-RESPONDENT, v. INTERNATIONAL NICKEL CO., INC. PLAINTIFF-PETITIONER.

See same case below: 104 *N. J. Super.* 45.

*Messrs. Milton, Keane & DeBona* and *Mr. John B. Wefing* for the petitioner.

*Mr. Arthur J. Sills, Mr. Charles H. Landesman* and *Mr. Nicholas A. Panepinto* for the respondent.

February 25, 1969. Granted.